# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

Case No.    **ED CV 17-1672-JFW (SHK)**                     Date:  August 23, 2017

Title:    Nhuong Van Nguyen -v- Superior Court of California, County of Riverside, et al.

**PRESENT:**
### HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                    None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

On August 18, 2017, Plaintiff Nhuong Van Nguyen ("Plaintiff") filed a Complaint in this Court, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  Diversity jurisdiction founded under 28 U.S.C. § 1332(a) requires that (1) all plaintiffs be of different citizenship than all defendants, and (2) the amount in controversy exceed $75,000.  See 28 U.S.C. § 1332(a).  Based on the allegations of the Complaint, both Plaintiff and the Defendants appear to be citizens of California.

Federal Rule of Civil Procedure 12(h)(3) specifically states that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."  Fed. R. Civ. P. 12(h)(3).  Pursuant to Rule 12(h)(3), "a court may raise the question of subject matter jurisdiction, sua sponte, at any time during the pendency of the action, even on appeal."  Snell v. Cleveland, Inc., 316 F.3d 822, 826 (9th Cir. 2002); see also Emerich v. Touche Ross & Co., 846 F.2d 1190, 1194 n. 2 (9th Cir. 1988) (noting that "[i]t is elementary that the subject matter jurisdiction of the district court is not a waivable matter and may be raised at anytime by one of the parties, by motion or in the responsive pleadings, or sua sponte by the trial or reviewing court").

Accordingly, the Court hereby **DISMISSES** this action for lack of subject matter jurisdiction.

IT IS SO ORDERED.